AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Robert Morss | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Robert Morss**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111, 2 - Assaulting, Resisting, or Impeding Certain Officers or Employees;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 2112 - Robbery of Personal Property of the United States;
18 U.S.C. § 1512(c)(2) - Obstruction of Official Proceeding.

Date: 06/10/2021

*Issuing officer's signature*
2021.06.10 13:53:17 -04'00'

City and state: Washington, D.C.      Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 06/10/21, and the person was arrested on (date) 06/11/21
at (city and state) Glenshaw, PA.

Date: 06/11/21

*Arresting officer's signature*

Glen Galeone, Special Agent
*Printed name and title*