UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 21-MJ-00468-RMM-1 |
| v. : | |
| : | |
| ROBERT MORSS, : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Melissa Jackson, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
DC Bar No. 481866

By:    /s/ *Melissa Jackson*
Melissa Jackson
DC Bar No. 996787
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 815-8585
Melissa.Jackson@usdoj.gov